Stanley Stephen **MATYSEK**, Appellant, v. **UNITED STATES** of America, Appellee.

No. 11233.

Circuit Court of Appeals, Ninth Circuit.

March 18, 1946.

Stanley Stephen Matysek, in pro. per.

Charles H. Carr., U. S. Atty., of Los Angeles, Cal., for appellee.

Before DENMAN, STEPHENS, and ORR, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of appellant, and good cause therefor appearing, it is ordered that the motion to dismiss in this cause be, and hereby is granted, that the appeal be, and hereby is dismissed, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court issue forthwith.

**NATIONAL LABOR RELATIONS BOARD,** Petitioner, v. Donald **BENTLEY,** Doing Business as Bentley of Hollywood, Respondent.

No. 11257.

Circuit Court of Appeals, Ninth Circuit.

March 21, 1946.

A. Norman Somers, Asst. Gen. Counsel, NLRB, of Washington, D. C., for petitioner.

Before GARRECHT, HEALY, and BONE, Circuit Judges.

PER CURIAM.

Upon consideration of the petition of National Labor Relations Board, filed February 21, 1946, for enforcement of its order herein of February 18, 1946, and it appearing therefrom and from the certified typewritten transcript of record filed with this court, that respondent consents to entry of a decree of this Court enforcing such order, and the files of this Court further showing that an order to show cause was issued and served on respondent and that no return has been made to such order to show cause and the time within which a return should be made has expired, it is ordered that a decree be forthwith filed and entered enforcing the order of the Board herein, and that a certified copy of such decree be forthwith issued to the respective parties.

Paul A. **PORTER**, Administrator, Office of Price Administration, Appellant, v. Irwin **FRIEDMAN**, Appellee.

No. 11184.

Circuit Court of Appeals, Ninth Circuit.

April 3, 1946.

Milton Klein, Director, Litigation Division, OPA, and David London, Chief Appellate Branch, both of Washington, D. C., Herbert H. Bent, Regional Litigation Atty., and Ralph Golub, Atty., OPA, both of San Francisco, Cal., for appellant.

Charles M. Stark, of San Francisco, Cal., for appellee.

Before GARRECHT, HEALY, and BONE, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for the respective parties, and good cause therefor appearing, it is ordered that the judgment in this cause insofar as it denies recovery to the plaintiff under Count Four of the complaint be, and hereby is reversed, and that judgment in favor of the plaintiff may be limited to single the amount of the overcharge, that a judgment be filed and entered in this Court and that the mandate of this Court in this cause issue forthwith.